IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02834-MSK-MJW

IRENEUSZ (ERIC) ZASADA,

      Plaintiff,

v.

ENGLEWOOD POLICE DEPARTMENT;
CITY OF ENGLEWOOD;
THE BOARD OF THE COUNTY COMMISSIONERS OF DOUGLAS COUNTY OF THE STATE OF COLORADO;
DOUGLAS COUNTY SHERIFF'S DEPARTMENT;
SOUTH METRO DRUG TASK FORCE;
SERGEANT KELLY MARTIN, in his individual capacity;
LIEUTENANT TOMMY BARELLA, in his individual capacity; and
CHIEF TOM VANDERMEE, in his individual capacity,

      Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

      IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 17th day of November, 2011

                                        **BY THE COURT:**

                                        *[signature]*

                                        Marcia S. Krieger
                                        United States District Judge