IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02834-MSK-MJW

IRENEUSZ  (ERIC)  ZASADA,

Plaintiff(s),

v.

ENGLEWOOD POLICE DEPARTMENT,
CITY OF ENGLEWOOD,
THE BOARD OF THE COUNTY COMMISSIONERS OF DOUGLAS COUNTY OF THE STATE OF COLORADO,
DOUGLAS COUNTY SHERIFF'S DEPARTMENT,
SOUTH METRO DRUG TASK FORCE,
SERGEANT KELLY MARTIN, in his individual capacity,
LIEUTENANT TOMMY BARELLA, in his individual capacity,   and
CHIEF TOM VANDERMEE, in his individual capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Entry of Stipulated Proposed Protective Order (docket no. 36) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 36-1) is APPROVED as amended in paragraph 11 and made an Order of Court.

Date:  April 4, 2012