**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| Civil Action No.   11-cv-02834-MSK-MJW | FTR - Courtroom A-502 |
| **Date:**   April 26, 2012 | Courtroom Deputy, Ellen E. Miller |

| _Parties_ | _Counsel_ |
|---|---|
| IRENEUSZ (ERIC)   ZASADA, | Thomas J. Arckey |
| | Sara Y. Hunt |
| Plaintiff(s), | |
| v. | |
| ENGLEWOOD POLICE DEPARTMENT, | M.  Brent  Case |
| CITY OF ENGLEWOOD, | Holly E. Ortiz |
| THE BOARD OF THE COUNTY COMMISSIONERS | Kelly Dunnaway |
| OF DOUGLAS COUNTY OF THE STATE OF | |
| COLORADO, | |
| DOUGLAS COUNTY SHERIFF'S DEPARTMENT, | |
| SOUTH METRO DRUG TASK FORCE, | |
| SERGEANT KELLY MARTIN, in his individual | |
| capacity, | |
| LIEUTENANT TOMMY BARELLA, in his individual | |
| capacity,    and | |
| CHIEF TOM VANDERMEE, in his individual | |
| capacity, | |
| Defendant(s). | |

---

### COURTROOM MINUTES / MINUTE ORDER

---

**HEARING:   STATUS  CONFERENCE / SHOW CAUSE HEARING**
**Court in session:**   10:30 a.m.
Court calls case.  Appearances of counsel.

Status of service of South Metro Drug Task Force is discussed.

The Court raises the Order to Show Cause for discussion.  Comments by Mr. Archey and by Mr. Dunnaway.  The Court finds South Metro Drug Task Force has been served properly.

**It is ORDERED:**        The ORDER TO SHOW CAUSE [Docket No. **31**, filed March 21, 2012] is
                        deemed satisfied and is vacated.

Discussion is held regarding the Plaintiff's Motion to Amend the Complaint.

**It is ORDERED:**    Plaintiff's MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO DISMISS A PARTY, TO DISMISS A CLAIM AND TO AMEND ALLEGATIONS AND THE CAPTION [Docket NO. **41**, filed April 06, 2012] is **GRANTED** for reasons as set forth on the record.

    Plaintiff's SECOND AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL (Docket No. 41-1) is accepted for filing and deemed filed as of this date April 26, 2012.  The **SECOND AMENDED COMPLAINT** is the operative pleading.

Plaintiff shall serve the Second Amended Complaint on the South Metro Drug Task Force.

Discussion is held regarding Defendant Tom Barrella and Douglas County Sheriff David Weaver's Motion to Quash Service.  It is noted Plaintiff's RESPONSE [Docket No. 52] was filed April 25, 2012.  Deadline for filing written REPLY is May  04, 2012.

HEARING CONCLUDES.

**Court in recess:**  10:46 a.m.
Total In-Court Time:   00:16

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.