IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02834-MSK-MJW

IRENEUSZ  (ERIC)  ZASADA,

Plaintiff(s),

v.

ENGLEWOOD POLICE DEPARTMENT,
CITY OF ENGLEWOOD,
THE BOARD OF THE COUNTY COMMISSIONERS OF DOUGLAS COUNTY OF THE STATE OF COLORADO,
DOUGLAS COUNTY SHERIFF'S DEPARTMENT,
SOUTH METRO DRUG TASK FORCE,
SERGEANT KELLY MARTIN, in his individual capacity,
LIEUTENANT TOMMY BARELLA, in his individual capacity,   and
CHIEF TOM VANDERMEE, in his individual capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Unopposed Motion of Defendant Tom Barrella and Douglas County Sheriff David Weaver to Withdraw Motion to Quash Service (docket no. 56) is GRANTED finding good cause shown.  Defendants Barrella and Douglas County Sheriff Weaver's Motion to Quash Service (docket no. 50) is WITHDRAWN.

Date:  May 03, 2012