IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02834-MSK-MJW

IRENEUSZ (ERIC) ZASADA,

Plaintiff(s),

v.

CITY OF ENGLEWOOD,
THE BOARD OF THE COUNTY COMMISSIONERS OF DOUGLAS COUNTY OF THE STATE OF COLORADO,
SOUTH METRO DRUG TASK FORCE,
SERGEANT KELLY MARTIN, in his individual capacity,
LIEUTENANT TOMMY BARELLA, in his individual capacity,   and
CHIEF TOM VANDERMEE, in his individual capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Stipulated Motion for Amendment of Scheduling Order (Docket No. 83) is GRANTED.  It is thus further

**ORDERED** that the Scheduling Order is amended as follows:  the discovery deadline is now December 7, 2012; the dispositive motion deadline is now January 7, 2013; and the deadline to contact chambers to request the setting of a Final Pretrial Conference if no dispositive motions are filed is January 17, 2013.

Date:   August 20, 2012