IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02834-MSK-MJW

IRENEUSZ (ERIC) ZASADA,

Plaintiff(s),

v.

CITY OF ENGLEWOOD,
THE BOARD OF THE COUNTY COMMISSIONERS OF DOUGLAS COUNTY OF THE STATE OF COLORADO,
SOUTH METRO DRUG TASK FORCE,
SERGEANT KELLY MARTIN, in his individual capacity,
LIEUTENANT TOMMY BARELLA, in his individual capacity,   and
CHIEF TOM VANDERMEE, in his individual capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Early Neutral Evaluation (docket no. 86) is GRANTED as follows.  On or before September 14, 2012, the parties shall submit their Early Neutral Evaluation Statements to Magistrate Judge Watanabe's chambers e-mail address only [Watanabe_Chambers@cod.uscourts.gov] [there is an underscore between Watanabe and Chambers].  Magistrate Judge Watanabe will review the Early Neutral Evaluation Statements and determine whether a further hearing should be set.

Date:   August 28, 2012