IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02834-MSK-MJW

IRENEUSZ (ERIC) ZASADA,

Plaintiff(s),

v.

CITY OF ENGLEWOOD,
THE BOARD OF THE COUNTY COMMISSIONERS OF DOUGLAS COUNTY OF THE STATE OF COLORADO,
SOUTH METRO DRUG TASK FORCE,
SERGEANT KELLY MARTIN, in his individual capacity,
LIEUTENANT TOMMY BARELLA, in his individual capacity, and
CHIEF TOM VANDERMEE, in his individual capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      Based upon this court's review of the Early Neutral Evaluation Statements submitted by the parties per this court's minute order (docket no. 88), I find that it would not be fruitful to set either a settlement conference or an early neutral evaluation session.  Accordingly, It is hereby

      ORDERED that no settlement conference or early neutral evaluation session with Magistrate Judge Watanabe will be set.  The parties may wish to seek private mediation or other forms of ADR.

      It is further ORDERED that the Stipulated Motion for Second Amendment of Scheduling Order (docket no. 89) is GRANTED finding good cause shown.  The Scheduling Order (docket no. 30) is amended to reflect that the deadline to complete discovery is December 7, 2012, and the last day to serve written discovery is extended to  November 4, 2012.

Date:   September 18, 2012