IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02834-MSK-MJW

**IRENEUSZ (ERIC) ZASADA**

    Plaintiff,

v.

**CITY OF ENGLEWOOD,
THE BOARD OF THE COUNTY COMMISSIONERS OF DOUGLAS COUNTY
OF THE STATE OF COLORADO,
DOUGLAS COUNTY SHERIFF'S OFFICE,
SOUTH METRO DRUG TASK FORCE,
SERGEANT KELLY MARTIN, in his individual capacity,
LIEUTENANT TOMMY BARRELLA, in his individual capacity, and
CHIEF TOM VANDERMEE, in his individual capacity.**

    Defendants.

---

**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER** (DN 92)

---

The Court, having reviewed the Plaintiff's Motion to Amend Scheduling Order to Allow for Additional Requests for Production of Documents to Defendant City of Englewood, finds and ORDERS as follows:

The Scheduling Order shall be modified to reflect that Plaintiff shall be allowed to serve an additional five (5) requests for production of documents on Defendant City of Englewood. [handwritten: And Defendant City of Englewood]

DONE this 30th day of October, 2012.

BY THE COURT:

*/s/ Michael J. Watanabe*
The Honorable Michael J. Watanabe
District Court Magistrate Judge

[Handwritten annotation: Shall be permitted to serve Five Additional Requests for Production of Documents on Plaintiff. This Court specifically finds that "nothing in this Rule precludes a judicial officer from ruling on a motion at any time after it is filed." See D.C.Colo.LCivR 7.1C.]

[Handwritten: MJW 10-30-12]