IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-02834-MSK-MJW

IRENEUSZ (ERIC) ZASADA,

       Plaintiff,

v.

CITY OF ENGLEWOOD;
SOUTH METRO DRUG TASK FORCE;
SERGEANT KELLY MARTIN, in his individual capacity;
LIEUTENANT TOMMY BARELLA, in his individual capacity; and
CHIEF TOM VANDERMEE, in his individual capacity,

       Defendants.

---

**ORDER GRANTING MOTION FOR APPROVAL OF PARTIES' STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS AND PARTIES (DKT. # 101) AND TO CHANGE CAPTION**

---

The Court, having reviewed the Motion for Approval of Parties' Stipulation for Dismissal of Certain Claims and Parties (Dkt. #101) and to Change Caption **(#109)**, **GRANTS** as follows:

    a) Plaintiff's Sixth Claim for Relief stated in its Second Amended Complaint for Intentional Interference with Contract against the South Metro Drug Task Force, Lt. Tommy Barrella, Sgt. Kelly Martin and Chief Vandermee IS DISMISSED WITH PREJUDICE.

    b) Plaintiff's Fourth Claim for Relief stated in its Second Amended Complaint pursuant to 42 U.S.C. § 1983 for violation of equal protection against The Board of the County Commissioners of Douglas County and the Douglas County Sherriff's Office IS DISMISSED WITH PREJUDICE. FURTHER THESE PARTIES ARE DISMISSED FROM THE LAWSUIT.

c) Plaintiff's First, Second and Third Claims for Disparate Treatment, Hostile Work Environment and Retaliation pursuant to Title VII, 42 U.S.C. § 2000-e against South Metro Drug Task Force IS DISMISSED WITH PREJUDICE.

d) The caption shall be changed as follows:

IRENEUSZ (ERIC) ZASADA

Plaintiff,

v.

CITY OF ENGLEWOOD,
SOUTH METRO DRUG TASK FORCE,
SERGEANT KELLY MARTIN, in his individual capacity,
LIEUTENANT TOMMY BARRELLA, in his individual capacity,
CHIEF TOM VANDERMEE, in his individual capacity.

Defendants.

DATED this 4th day of February, 2013.

BY THE COURT:

_____

Marcia S. Krieger
Chief United States District Judge